# United States District Court Violation Notice

CVB Location Code: MA-65

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3725337 | Anderson | 2463 |

3725337

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 6/17/15 1715
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 7.67e
Place of Offense: Marsh at Moors Rd

Offense Description: Factual Basis for Charge — HAZMAT ☐
Public Nudity
CJ #15-2197

### DEFENDANT INFORMATION
Last Name: Spearance — Meredith

[defendant address and vehicle information redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 75 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [blank]
Date (mm/dd/yyyy): [blank]
Time (hh:mm): [blank]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [blank]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 17th, 20 15 while exercising my duties as a law enforcement officer in the Eastern District of Massachusetts.

At approximately 1715 hours, I was parked in my marked patrol vehicle in the vicinity of the West End Breakwater. I was approached by a motorist who stated that someone else saw a dead body in the nearby marsh. I followed the motorist to a grassy parking area that is within the boundary of Cape Cod National Seashore and is commonly used for interpretive programs. There I met with the reporting party who led me to the edge of the marsh where she said the body was. I then observed a nude woman who I recognized from previous law enforcement incidents as Meredith Spearance. I observed that Spearance was laid motionless and completely nude with her nipple rings exposed and her undergarment around the base of her ankles. I shook Spearance's arm and asked if she was okay. Spearance moaned and was otherwise unresponsive. I asked Spearance several times if she had taken anything to which she would only respond by faint moaning. Suspecting a possible overdose, I returned to my patrol vehicle a short distance away and called for an ambulance to respond. When I returned to Spearance's location moments later, she was sat up partially dressed and making a phone call. Spearance was still difficult to understand but indicated that she was alright. Spearance now fully conscious, adamantly denied that she was ever nude even while she was finishing getting dressed and still in a state of partial nudity. Spearance refused to identify herself to me. Spearance became uncooperative and attempted to leave despite my instructions for her to sit down. Provincetown Police and Rescue arrived on scene. Spearance was evaluated and found to have vital signs within normal range and refused further treatment from the ambulance. I issued Spearance a violation notice for nudity, also considering a similar incident of Spearance sleeping while nude the previous year at Herring Cove Beach.

The contact was recorded on an Axon body camera from the point Spearance was sat up making a phone call. The previous portions of the contact were not recorded as I felt it was a medical not law enforcement incident at that point in time.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/17/2015 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident